**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1435**

_____

RANDALL STEVEN ROGERS,

                                    Plaintiff - Appellee,

     versus

BELL ATLANTIC-VIRGINIA, INCORPORATED,

                                 Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-99-1445-A)

_____

Submitted: September 26, 2000     Decided: October 11, 2000

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Karen Rapaport Esser, David James Shaffer, Mary Margaret Utterback, THELEN, REID & PRIEST, L.L.P., Washington, D.C., for Appellant. Randall Steven Rogers, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bell Atlantic—Virginia, Inc., appeals the district court's order denying its motion to dismiss Randall Steven Rogers' complaint alleging a violation of the Americans with Disabilities Act. <u>See</u> 28 U.S.C. § 1292(b) (1994). We have reviewed the record and the district court's reasoning stated in open court and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Rogers v. Bell Atlantic—Virginia, Inc.</u>, No. CA-99-1445-A (E.D. Va. Mar. 14, 2000); <u>see also</u> <u>Puryear v. County of Roanoke</u>, 214 F.3d 514 (4th Cir. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>